# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AISHA TARTOUR, Administratrix of the Estate of Ali Tartour, Deceased,<br>          Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS,<br>          Defendant. | CIVIL ACTION<br><br><br><br>NO. 17-1896 |

## O R D E R

**AND NOW**, this 28th day of January, 2020, upon consideration of Defendant's Motion for Summary Judgment (Document No. 15, filed December 28, 2018), Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment (Document No. 16, filed January 25, 2019), and Reply Brief in Support of Defendant's Motion for Summary Judgment (Document No. 18, filed February 1, 2019), for the reasons stated in the accompanying Memorandum dated January 28, 2020, **IT IS ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**, and **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Safeco Insurance Company of Illinois, and **AGAINST** plaintiff, Aisha Tartour, Administratrix of the Estate of Ali Tartour, Deceased.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

                                            **BY THE COURT:**

                                            /s/ Hon. Jan E. DuBois

                                              **DuBOIS, JAN E., J.**